Boyd v. Clark.

EDNOND BOYD AND ANOTHER v. H. F. CLARK.

A petition for *certiorari* which does not state the amount of the judgment, what
it was for, against whom it was rendered, or that it was rendered at all ex-
cept by inference, properly dismissed.

Where damages for one trespass are attempted to be set off against another,
the circumstances of connection between the two trespasses should be stated
to render it a good ground for reconvention or a plea of justification.

Appeal from Lamar. Tried below before the Hon. W. S.
Todd.

Petition for *certiorari* dismissed upon motion by the District
Court, to which appellant excepted.

*Dillahunty & Wright*, for appellant, cited Kirk v. Graham,
(14 Tex. R. 316,) Crawford v. Crain, (19 Tex. R. 145,) Cas-
tro v. Gentilly, (11 Tex. R. 28,) Griffin v. Chubb, (16 Tex. R.
219.)

*B. T. Selman*, for appellee.

ROBERTS, J.   There are two objections to the sufficiency of
the petition for *certiorari*.   1st. It does not state the amount
of the judgment, what it was for, against whom it was ren-
dered, or that it was rendered at all except by inference.

2nd. The damages attempted to be set off against the tres-
pass in killing the horse are alleged to have arisen from the
trespass of the horse upon petitioner's crop.   But the circum-
stances of connection between the two trespasses are not
stated so as to render it either, a good ground for reconvention,
or plea of justification.

Therefore the Court below properly dismissed the petition.

Judgment affirmed.